Dated: September 11, 2006

[IT IS SO ORDERED — Judge Maxine M. Chesney]

MICHAEL HOFFMAN, Bar No. 162496
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490
E-mail: mhoffman@littler.com

Attorneys for Defendant
SAN BRUNO GARBAGE CO., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>SAN BRUNO GARBAGE CO., INC., a California corporation,<br><br>            Defendant. | Case No.  C 06-4961 MMC<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND**<br><br>[Civil Local Rule 6-1(a)] |

TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

　　　　IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant in this action, through their respective counsel to the following:

　　　　1.　　Defendant has twenty (20) additional days to file a first responsive pleading. Defendant's first responsive pleading shall be filed and served on or before October 6, 2006.

　　　　2.　　There have been no prior extensions of time related to Defendant's responsive pleading.  This extension does not impact any other Court deadlines.

Dated: September 6, 2006

　　　　　　　　　　　　　　　　　　　　　　/s/ Michael Hoffman
　　　　　　　　　　　　　　　　　　　　　　MICHAEL HOFFMAN
　　　　　　　　　　　　　　　　　　　　　　LITTLER MENDELSON
　　　　　　　　　　　　　　　　　　　　　　A Professional Corporation
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　SAN BRUNO GARBAGE CO., INC.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION FOR EXTENSION OF
TIME TO RESPOND                    1.                    CASE NO. C 06-4961

1
2  Dated: September 7, 2006
3
4                                          _____
                                           MICHAEL J. CARROLL
5                                          ERSKINE & TULLEY
                                           A Professional Corporation
6                                          Attorneys for Plaintiff
                                           NORTHWEST ADMINISTRATORS, INC.
7
8  Firmwide:81461231.1 016440.2541

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION FOR EXTENSION OF
TIME TO RESPOND                          2.                          CASE NO. C 06-4961