1  MICHAEL HOFFMAN, Bar No. 162496
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street, 20th Floor
3  San Francisco, CA 94108.2693
   Telephone:   415.433.1940
4  Facsimile:   415.399.8490
   E-mail: mhoffman@littler.com
5
   Attorneys for Defendant
6  SAN BRUNO GARBAGE CO., INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | NORTHWEST ADMINISTRATORS, INC., | Case No. C 06-4961 MMC |
|---|---|---|
| 12 | | STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING AND HEARING SCHEDULE |
| 13 | Plaintiff, | |
| 14 | v. | Current Date:  May 11, 2007<br>Time:          9:00 a.m. |
| 15 | SAN BRUNO GARBAGE CO., INC., a California corporation, | |
| 16 | Defendant. | Proposed Date: June 1, 2007<br>Time:          9:00 a.m. |

17

18 TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

19          IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through

20 their counsel and subject to Court approval, to the following:

21          1.   After conferring with counsel at the Case Management Conference on

22 December 8, 2006, the Court ordered briefing on cross-motions for summary judgment as follows:

23              April 6, 2007:    Last day to file cross-motions for summary judgment;

24              April 20, 2007:   Last day to file oppositions to cross-motions;

25              April 27, 2007:   Last day to file reply papers; and

26              May 11, 2007:     Hearing at 9:00 a.m.

27          2.   Due to intervening schedule conflicts for Defendant's counsel, the parties

28 stipulate and propose that the Court extend the aforementioned briefing and hearing dates as follows:

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER TO MODIFY BRIEFING AND HEARING SCHEDULE       1.       CASE NO. C 06-4961 MMC

| | |
|---|---|
| April 20, 2007: | Last day to file cross-motions for summary judgment; |
| May 11, 2007: | Last day to file oppositions to cross-motions; |
| May 18, 2007: | Last day to file reply papers; and |
| June 1, 2007: | Hearing at 9:00 a.m. |

Dated: March 26, 2007

MICHAEL HOFFMAN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
SAN BRUNO GARBAGE CO., INC.

Dated: March 27, 2007

MICHAEL J. CARROLL, ESQ.
ERSKINE & TULLEY
Attorneys for Plaintiff
NORTHWEST ADMINISTRATORS, INC.,

## ORDER

Pursuant to the stipulation of the parties, and good cause showing, the Court hereby modifies the civil minute order of December 8, 2006 and the schedule therein as follows:

| | |
|---|---|
| April 20, 2007: | Last day to file cross-motions for summary judgment; |
| May 11, 2007: | Last day to file oppositions to cross-motions; |
| May 18, 2007: | Last day to file reply papers; and |
| June 1, 2007: | Hearing at 9:00 a.m. |

IT IS SO ORDERED.

Dated: March 30, 2007

UNITED STATES DISTRICT JUDGE

Firmwide:82233346.1 016440.2541

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER TO MODIFY
BRIEFING AND HEARING SCHEDULE

2.

CASE NO. C 06-4961 MMC