```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. )<br>)<br>              Plaintiff,     )<br>)<br>      vs.                      )<br>)<br>SAN BRUNO GARBAGE COMPANY, INC., )<br>etc.                             )<br>)<br>              Defendant.    )<br>_____) | NO. C 06 4961 MMC<br><br>ORDER TO CONTINUE CASE<br><u>MANAGEMENT CONFERENCE</u> |

    IT IS ORDERED that the Case Management Conference in this case originally set for July 6, 2007 continued to ~~July 20,~~ **August 17,** 2007 at 10:30 a.m. in Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: June 29, 2007                    _____
                                        Honorable Maxine M. Chesney