```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL - STATE BAR #50246
220 Montgomery Street, Suite 303
San Francisco, California 94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SAN BRUNO GARBAGE COMPANY, INC. ) <br> ) <br> Defendant. ) <br> ) | No. C 06 4961 MMC <br><br> **FINAL JUDGMENT** <br> **PURSUANT TO STIPULATION** |

  It appearing that Plaintiff Northwest Administrators, and Defendant San Bruno Garbage Company., Inc., through their attorneys, have stipulated that Plaintiff have and recover a final judgment from Defendant and it appearing that the facts set forth therein are correct and the Stipulation is in all respects proper,

  IT IS HEREBY ORDERED AND ADJUDGED that plaintiff, NORTHWEST ADMINISTRATORS, INC., have and recover a final judgment against defendant SAN BRUNO GARBAGE COMPANY, INC., a California corporation, in the amount of $7,563.00, which amount is composed of

**FINAL JUDGMENT PURSUANT TO STIPULATION**     1

the following:

1. Contributions due in amount of $5,015.00;
2. Liquidated damages of $1,003.00;
3. Interest of $745.00;
4. Attorneys fees of $450.00; and
5. Costs of $350.00.

IT IS FURTHER ORDERED AND ADJUDGED that an abstract of judgment will not be recorded and no execution will issue on the judgment for thirty days from the date of entry.

Dated  August 10, 2007

_____
Judge Maxine M. Chesney

**FINAL JUDGMENT PURSUANT TO STIPULATION**                 2